**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
ICU EYEWEAR INC.,
10           Plaintiff,                          No. C 14-03472 JSW
11     v.                                        **ORDER REGARDING NOTICE**
                                                 **OF SETTLEMENT**
12   THE ROYAL PROMOTION GROUP INC.,
13           Defendant.
                                            /
14

15          The Court has received the parties' notice of settlement.  If the parties' intent was to

16   have the Court vacate any deadlines and hearings in light of that notice, they should submit a

17   stipulation and proposed order requesting such relief.  Unless and until the Court receives a

18   stipulation to vacate deadlines or hearings, all deadlines remain in place, and all hearings

19   remain on calendar.

20          **IT IS SO ORDERED.**

21   Dated: September 29, 2014                    _____
                                                  JEFFREY S. WHITE
22                                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28