1  Jason A. Pollack (SBN 173173)
   LAW OFFICES OF JASON A. POLLACK
2  10940 Wilshire Boulevard, 18th Floor
   Los Angeles, CA 90024
3  Telephone (310) 824-8733
   Facsimile  (310) 824-9606
4

5  Attorney for Plaintiff
   ICU EYEWEAR, INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10 ICU EYEWEAR, INC.,                    Case No.: 3:14-CV-03472 JSW

11         Plaintiff,

12     vs.

13                                       STIPULATION AND ~~PROPOSED~~
                                         ORDER TO VACATE ANY HEARINGS
14 THE ROYAL PROMOTION GROUP, INC.,      AND DEADLINES IN LIGHT OF
   d/b/a "RPG", and DOES 1-25, Inclusive,  NOTICE OF SETTLEMENT
15                                        AS MODIFIED
          Defendants.
16

17

18

19

20

21     Whereas the Plaintiff and Defendant herein agreed to a settlement of all

22 claims on September 26, 2014, and filed a Notice of Settlement. And further

23 whereas, the parties anticipate completing the documentation necessary for

24 settlement in the next thirty (30) days and plan to have a Stipulation for Dismissal

25 filed within that time, the parties, by and through their counsel hereby request that

26 the Court vacate any hearings and deadlines.

27

28 **IT IS SO STIPULATED**

-1-

**ICU EYEWEAR, INC. *v.* THE ROYAL PROMOTION GROUP, INC.**
**Case No.: 3:14-CV-03472 JSW**
                *STIPULATION AND ORDER RE SETTLEMENT*

| | | |
|---|---|---|
| 1 | Dated: September 29, 2014 | LAW OFFICES OF JASON A. POLLACK |
| 2 | | /S/_____ |
| 3 | | Jason A. Pollack<br>Attorney for Plaintiff ICU EYEWEAR, INC. |
| 4 | | |
| 5 | Dated: September 29, 2014 | LAW OFFICE OF STEVEN R LOVETT |
| 6 | | /S/_____ |
| 7 | | Steven R. Lovett<br>Attorney for THE ROYAL PROMOTION GROUP |

### ORDER

Whereas the Plaintiff and Defendant herein agreed to a settlement of all claims on September 26, 2014, and filed a Notice of Settlement and have submitted the above Stipulation And Proposed Order To Vacate Any Hearings And Deadlines In Light Of Notice Of Settlement:

**IT IS HEREBY ORDERED THAT** ~~ALL HEARINGS~~ the motion hearing set for October 31, 2014 **AND DEADLINES ARE HEREBY VACATED**.

The Court will not vacate the case management conference scheduled for November 14, 2014, in the event the settlement falls through. If the parties have filed a dismissal by November 7, 2014, the case ~~will be terminated and the case management conference will be vacated. In the event the parties have~~ not finalized the settlement by November 7, 2014, they may submit a request to continue the case management conference.

Dated: ~~September 29, 2014~~
       September 30, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

**ICU EYEWEAR, INC.** *v.* **THE ROYAL PROMOTION GROUP, INC.**
**Case No.: 3:14-CV-03472 JSW**

*STIPULATION AND ORDER RE SETTLEMENT*