1  Jason A. Pollack (SBN 173173)
   LAW OFFICES OF JASON A. POLLACK
2  10940 Wilshire Boulevard, 18th Floor
   Los Angeles, CA 90024
3  Telephone (310) 824-8733
   Facsimile   (310) 824-9606
4

5  Attorney for Plaintiff
   ICU EYEWEAR, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | ICU EYEWEAR, INC.,                     | Case No.: 3:14-CV-03472 JSW
11 |
12 |         Plaintiff,                     | [PROPOSED] ORDER DISMISSING
13 |   vs.                                  | ENTIRE ACTION WITH PREJUDICE
                                            | EACH PARTY TO BEAR THEIR OWN
14 | THE ROYAL PROMOTION GROUP, INC.,       | COSTS
   | d/b/a "RPG", and DOES 1-25, Inclusive,
15 |
   |         Defendants.
16

17

18

19

20     **WHEREAS** the Plaintiff and Defendant, by and through their counsel, have

21 stipulated to a dismissal of the entire action with prejudice, with each party to bear

22 their own fees and costs,

23 **IT IS HEREBY ORDERED THAT** the entire action is dismissed <u>with prejudice</u>.

24 **IT IS FURTHER ORDERED THAT**, each party shall bear their own fees and

25 costs.

26 Dated: November 10, 2014

27                                          _____
                                            JEFFREY S. WHITE
28                                          UNITED STATES DISTRICT JUDGE